```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
                                    :
UNITED STATES OF AMERICA            :
                                    :   CASE NO. 4:08-CR-334
        Plaintiff,                  :
                                    :
vs.                                 :   OPINION & ORDER
                                    :   [Resolving Doc. Nos. 87, 95.]
THOMAS L. RAVER                     :
                                    :
        Defendant.                  :
                                    :
------------------------------------------------------
```

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Before the Court is Defendant Thomas L. Raver's motion to amend judgment. [Doc. 87.] With this motion, Raver argues that the judgment imposed on him by the Court on December 17, 2008 should be amended so that Raver is no longer required to register with the State of Ohio sex offender registration agency. [*Id.*] According to Raver, under O.R.C. § 2950.07, his obligation to register as a sex offender as a result of his 1974 conviction for violating O.R.C. § 2905.03 (carnally knowing a female under the age of sixteen) terminated in 1989. [*Id.*]

In its response to Defendant Raver's motion, the Government agrees with Raver's argument that his duty to register as a sex offender in the State of Ohio terminated a number of years ago. [Doc. 95.] As a result, the Court **GRANTS** Defendant Raver's motion to amend judgment to the extent that Raver will no longer be required to register with the State of Ohio sex offender registration agency.

Further, the Court **GRANTS** the Government's motion to correct an error in the judgment;

Case No. 4:08-CR-334
Gwin, J.

the judgment currently states that Defendant Raver "pleaded guilty to count(s): 1 of the Indictment" although it should reflect the fact that this matter proceeded to a jury trial, resulting in a verdict of guilty. [*Id.*]

    IT IS SO ORDERED.


Dated: February 6, 2009          s/ *James S. Gwin*
                                                       JAMES S. GWIN
                                                       UNITED STATES DISTRICT JUDGE